# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| RYAN LEWIS, No. 1118733, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-4107-CV-C-NKL |
| | ) | |
| DAVE DORMIRE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On October 1, 2007, United States Magistrate Judge William A. Knox recommended that plaintiff's motions for injunctive relief be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of October 1, 2007, is adopted. [17] It is further

ORDERED that plaintiff's motions for injunctive relief are denied, without prejudice. [2]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: November 28, 2007
Jefferson City, Missouri